# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

IBRAHIM MOHAMED,

     Petitioner,

    v.

CHRISTOPHER LAROSE, Warden, Otay Mesa Detention Center,

     Respondent.

Case No.:  3:26-cv-02679-BTM-SBC

**ORDER:**
**(1) TO SHOW CAUSE,**
**(2) ENJOINING REMOVAL FROM THE SOUTHERN DISTRICT, AND**
**(3) APPOINTING FEDERAL DEFENDERS OF SAN DIEGO, INC., AS COUNSEL**

//

//

//

26-cv-2679

After reviewing the petition, the Court concludes that dismissal of the petition without briefing is unwarranted.  Accordingly, the Court orders as follows.

First, the Court orders the Respondent to show cause why the petition should not be granted.  The Respondent must file a brief responding to the Court's order no later than fourteen (14) days following the date this Order is signed.  *See* Fed. R. Civ. P. 6(a)(1).  The Petitioner may file a brief replying to the Respondent's brief no later than twenty-one (21) days following the date this Order is signed.  The petition will be deemed submitted for the Court's decision once the deadline for the Petitioner's reply brief has passed.  There will be no oral argument unless requested by the Court.

Second, the Respondent is enjoined from removing the Petitioner from the Southern District of California until the petition is decided.  *See* 28 U.S.C. § 1651.

Third, the Court appoints the Federal Defenders of San Diego, Inc., to represent the Petitioner in this case.  The Court finds that the interests of justice require that the Petitioner, who seeks relief under 28 U.S.C. § 2241, receive representation.  *See* 18 U.S.C. § 3006A(a)(2).  The Petitioner shall file proof of qualification for appointed counsel no later than the deadline for the Petitioner's reply brief.

**IT IS SO ORDERED.**

Dated:  April 30, 2026

_____
Honorable Barry Ted Moskowitz
United States District Judge

2

26-cv-2679